JS-6

1  Merrit M. Jones (California Bar No. 209033)
   Email: merrit.jones@bclplaw.com
2  **BRYAN CAVE LEIGHTON PAISNER LLP**
   Three Embarcadero Center, 7th Floor
3  San Francisco, California 94111-4070
   Telephone:  (415) 675-3400
4  Facsimile:   (415) 675-3434

5

6  Attorneys for Defendant NATROL, LLC

7  # UNITED STATES DISTRICT COURT

8  ## CENTRAL DISTRICT OF CALIFORNIA

9  ### WESTERN DIVISION

| | |
|---|---|
| 10  ROBERT CORWIN, an individual, | Case No. CV 19-3956-GW-RAOx |
| 11  Plaintiff, | **ORDER REMANDING ACTION TO STATE COURT** |
| 12  vs. | **28 U.S.C. § 1447(c)** |
| 13  NATROL LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive, | Complaint served: April 5, 2019 |
| 14 | Action removed: May 6, 2019 |
| 15 | Action filed: April 2, 2019 |
| 16  Defendants. | |

17

18      Pursuant to the stipulation between plaintiff Robert Corwin ("Plaintiff") and

19  defendant Natrol LLC ("Defendant"), by and through their counsel, and good

20  cause appearing,

21      IT IS HEREBY ORDERED THAT:

22      1.    This Action shall be remanded back to the Superior Court for the State

23      of California, County of Los Angeles.

24

25  Dated:  May 28, 2019

26  _____
    **HON. GEORGE H. WU, U.S. DISTRICT JUDGE**

27

28

Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070